UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION
**No. 5:20-CV-00696-FL**

| | | |
|---|---|---|
| ANDREA MARTIN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| KILOLO KIJAKAZI, | ) | |
|   Acting Commissioner of | ) | |
|   Social Security, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

      Pursuant to the power of this Court to enter a judgment affirming, modifying or reversing the Commissioner's decision with remand in Social Security actions under sentence four of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g), and upon consideration of the Commissioner's unopposed request to remand this cause for further administrative proceedings, the Court hereby reverses the Commissioner's decision under sentence four of 42 U.S.C. § 405(g), and remands the case to the Commissioner for further administrative proceedings with respect to Plaintiff's claim of disability. *See Shalala v. Schaefer*, 509 U.S. 292 (1993); *Melkonyan v. Sullivan*, 501 U.S. 89 (1991).

      SO ORDERED this _22nd_ day of November, 2021.


_____
LOUISE W. FLANAGAN
UNITED STATES DISTRICT JUDGE