UNITED STATES  DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

ANDREA MARTIN                                     )
                          Plaintiff,              )
                                                  )
v.                                                )       **JUDGMENT**
                                                  )
                                                  )       No. 5:20-CV-696-FL
KILOLO KIJAKAZI, Acting Commissioner )
of Social Security,                               )
                          Defendant.              )
                                                  )

**Decision by Court.**

This action came before the Honorable Louise W. Flanagan, United States District Judge, for consideration of the parties' stipulation as to payment of attorney fees and plaintiff's motion for attorney fees.

**IT IS ORDERED, ADJUDGED AND DECREED** in accordance with the court's order entered January 5, 2022, it is ordered that defendant pay to plaintiff $5,750.00 in attorney's fees, in full satisfaction of any and all claims arising under the Equal Access to Justice Act, 28 U.S.C. § 2412.

**This Judgment Filed and Entered on January 5, 2022, and Copies To:**
Charlotte Williams Hall (via CM/ECF Notice of Electronic Filing)
Cassis W. Parson (via CM/ECF Notice of Electronic Filing)

January 5, 2022                          PETER A. MOORE, JR., CLERK


                                           /s/ Sandra K. Collins
                                         (By) Sandra K. Collins, Deputy Clerk